IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REGINALD C. HAYS                          *
1512 Holbrook Street
Baltimore, Maryland  21202                *

     Plaintiff,                          *

v.                                        *          Civil Action No.:

CORRECTIONAL MEDICAL SERVICES,            *
INC.
12647 Olive Boulevard                     *
St. Louis, Missouri  63141
                                          *
     SERVE ON:
     The Corporation Trust Incorporated    *
     300 East Lombard Street
     Baltimore, Maryland  21202            *

     Defendant.                          *

*     *     *     *     *     *     *     *     *     *     *     *     *

NOTICE OF REMOVAL

     Defendant Correctional Medical Services, Inc. ("CMS"), by its undersigned

counsel, pursuant to 28 U.S.C. § 1446, hereby removes this action from the Circuit Court

of Maryland for Baltimore City to the United States District Court for the District of

Maryland.  The grounds for removal are:

     1.    Plaintiff filed this action in the Circuit Court for Baltimore City on

November 9, 2009.  That case is captioned *Reginald C. Hays v. Correctional Medical

Services, Inc.,* Case No. 24-C-09-007295, and is referred to hereinafter as "the Circuit

Court Action."  Copies of the Complaint and Demand for Jury Trial, Civil Non-Domestic

Case Information Report and Order of Transfer that instituted the Circuit Court Action are attached hereto as Exhibits 1, 2, and 3 respectively. No other process, pleadings, orders, or papers have been filed in the Circuit Court Action.

2.     Through a docket search, CMS became aware of the pendency of the Circuit Court Action on December 3, 2009. Thus, this Notice of Removal is being filed within 30 days after the Defendant became aware of the initial pleading setting forth the claim for relief upon which this action is based. *See* 28 U.S.C. §1446(b). (CMS has not yet been served with the Complaint.)

3.     Plaintiff, an individual, is a citizen of Maryland.

4.     Defendant CMS, a Missouri corporation with its principal place of business in St. Louis, Missouri, is a citizen of Missouri.

5.     Diversity of citizenship exists between Plaintiff, who is a Maryland citizen, and the properly named Defendant, which is a citizen of Missouri.

6.     According to the Civil–Non-Domestic Case Information Report attached to the Complaint, Plaintiff seeks over $100,000 in compensatory damages, exclusive of interest and costs.

7.     This Court has original jurisdiction over the subject matter of this action, as it is between citizens of different states and the amount in controversy exceeds $75,000. *See* 28 U.S.C. §1332(a)(1).

8.     Removal of this lawsuit is authorized by 28 U.S.C. §1441.

9.      Attached hereto as Exhibit 4 is a copy of the Notice to Adverse Party of the

filing of this Notice of Removal.  The Notice to Adverse Party is being filed with the

Clerk of the Circuit Court of Maryland for Baltimore City and a copy is being served on

the Plaintiff as required by 28 U.S.C. §1446(d).

Gertrude C. Bartel (Bar No.: 00052)
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland  21202
gbartel@kg-law.com
(410) 752-6030 Telephone
(410) 539-1269 Facsimile

Attorneys for Defendant
Correctional Medical Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2009, a copy of the

foregoing Notice of Removal was mailed, first class, postage prepaid to:

> Andrew G. Slutkin, Esquire
> Jamison G. White, Esquire
> Silverman, Thompson, Slutkin & White
> 201 N. Charles Street
> Suite 2600
> Baltimore, Maryland  21201
>
> Attorneys for Plaintiff
> Reginald C. Hays

Gertrude C. Bartel