IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| REGINALD C. HAYS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:09-cv-03278-CCB |
| CORRECTIONAL MEDICAL SERVICES, INC. | * | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Reginald C. Hays, by his undersigned counsel, hereby dismisses this case <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1).

                                                                              /s/
                                         ANDREW G. SLUTKIN (Bar #09445)
                                         Silverman, Thompson, Slutkin & White
                                           201 North Charles St., 26th Floor
                                           Baltimore, Maryland 21201
                                           (410) 385-2225
                                           ASlutkin@MdAttorney.com

                                           Counsel for Plaintiff

Dated: December 15, 2009

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October, 2008, a copy of the foregoing Plaintiff's Motion in Limine to Preclude Evidence of or Reference To Plaintiff's Prior Injuries was hand-delivered to Tamara B. Goorevitz, Esq. and Colin Bell, Esq., Franklin & Prokopik, P.C., Two North Charles Street, Suite 600, Baltimore, Maryland 21201.

_____
Jamison G. White